# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DONNA DAVIS JAVITZ, | : | No. 45 MAP 2025 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated June |
| | : | 17, 2025 at No. 81 MD 2018 |
| v. | : | |
| | : | |
| | : | |
| PAULA SCHNELLY, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                                 **DECIDED:  June 16, 2026**

AND NOW, this 16th day of June, 2026, the Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to that court to enter an order quashing Appellant's "Praecipe to Reinstate/Motion to Vacate Decision of This Court Dismissing as Moot the Complaint Seeking the Removal of Paula Schnelly from Public Employment Under 18 Pa.C.S. §5726" for lack of jurisdiction.  *See* 42 Pa.C.S. § 5505 (setting forth the general rule that a court may modify or rescind any order within 30 days after its entry, provided that no appeal has been taken from that order); *Commonwealth v. Holmes*, 933 A.2d 57, 65-66 (Pa. 2007) (holding that the 30-day period in 42 Pa.C.S. § 5505 is jurisdictional, absent a patent and obvious error in the order or record which is subject to correction pursuant to the court's inherent authority).